## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Franklin Butler,<br><br>    Plaintiff,<br><br>v.<br><br>Essam al Tamimi,<br><br>    Defendant. | Court File No. 0:15-cv-00087-JNE-JSM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, Scott Franklin Butler, by and through his undersigned counsel, hereby files his notice voluntarily dismissing all claims against Defendant Essam al Tamimi without prejudice, with each party to bear its own costs and attorneys' fees:

1. Plaintiff filed his original complaint against Defendant on January 14, 2015 (ECF No. 1), a First Amended Complaint on April 17, 2015 (ECF No. 22), and a Second Amended Complaint on June 3, 2015 (ECF No. 40).

2. Defendant has not filed an answer in this case.

3. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this lawsuit.

4. This case is not governed by any federal statute that requires a court order for dismissal.

5. Plaintiff files his Notice of Dismissal with the intention of dismissing all claims against Defendant, without prejudice to refiling.

6.      Accordingly, Plaintiff files his Notice of Dismissal and hereby dismisses all claims against Defendant without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 11, 2015

Respectfully submitted,

**GUSTAFSON GLUEK PLLC**

By: /s/Daniel C. Hedlund
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#0388166)
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

**BAKER & HOSTETLER LLP**

Oren Warshavsky (admitted *pro hac vice*)
Gonzalo Zeballos (admitted *pro hac vice*)
Marc Skapof (admitted *pro hac vice*)
George Klidonas (admitted *pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111-0100
T: (212) 589-4282
F: (212) 589-4201
owarshavsky@bakerlaw.com
gzeballos@bakerlaw.com
mskapof@bakerlaw.com
gklidonas@bakerlaw.com

*Attorneys for Plaintiff*